IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ORLANDO CORDIA HALL, | ) |
| | ) Civil Case No. 4:19-CV-258-Y |
| Movant, | ) (Criminal Case No. 4:94-CR-121-Y) |
| | ) |
| v. | ) **CAPITAL CASE** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Petitioner hereby notifies the Court that Kelley A. Conaty of Sidley Austin LLP, 2021 McKinney Avenue, Suite 2000, Dallas, Texas 75201, makes a formal entry of appearance in the above-styled and numbered cause as counsel for Petitioner Orlando Cordia Hall. The undersigned counsel requests a copy of all pleadings, correspondence and orders be sent to her.

Date: March 28, 2019

Respectfully Submitted,

*/s/ Kelley A. Conaty*
Kelley A. Conaty
SIDLEY AUSTIN LLP
Texas Bar No. 24040716
2021 McKinney Ave #2000
Dallas, TX 75201
Tel.: (214) 981-3300
Fax: (214) 3400
kconaty@sidley.com

*Attorney for Orlando Cordia Hall*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of March, 2019, a copy of the foregoing was served via the CM/ECF electronic filing system.

*/s/ Kelley Conaty*
Kelley Conaty