

SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TX 75201
+1 214 981 3300
+1 214 981 3400 FAX

KCONATY@SIDLEY.COM
+1 214 981 3477

AMERICA  •  ASIA PACIFIC  •  EUROPE

April 26, 2019

**Via ECF Filing**

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

    Re:    <u>Advisory Letter Regarding Order of Abeyance in the Related Fifth Circuit Case</u>

Dear Ms. Mitchell:

    I am counsel for Orlando Cordia Hall in case number 4:19-cv-258. On March 28, 2019, I filed a successive motion to vacate Mr. Hall's sentence under 28 U.S.C. § 2255 (Dkt. No. 1), and a motion to hold the case in abeyance pending leave from the U.S. Court of Appeals for the Fifth Circuit (Dkt. No. 4). On the same day, my co-counsel lodged Mr. Hall's petition for leave to file a successive § 2255 motion with the Fifth Circuit. The case is docketed in the Fifth Circuit as *In re: Orlando Cordia Hall*, No. 19-10345.

    I write to advise the Court that, on April 16, 2019, the Fifth Circuit entered an order holding Mr. Hall's motion for leave "in abeyance pending a final decision of the Supreme Court in *United States v. Davis*." A copy of the Fifth Circuit's order is attached to this letter.

    *Davis* was argued before the Supreme Court on April 17, 2019. A decision is expected this term.

                   Respectfully,

                   */s/ Kelley Conaty*

                   Kelley A. Conaty
                   Partner

KAC:bg
Enclosure

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

─────────

No. 19-10345

─────────

*In re*:  ORLANDO CORDIA HALL,

Movant

─────────────────────────────

Authorization to file a Successive 2255 Petition

─────────────────────────────

O R D E R:

IT IS ORDERED that Petitioner's Motion for Authorization to File a Successive Motion Under 28 U.S.C. § 2255 is hereby held in abeyance pending a final decision of the Supreme Court in *United States v. Davis*, Case No. 18-431.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 26th day of April, 2019, a copy of the foregoing Advisory Letter was served via the CM/ECF electronic filing system. I further certify that on the same date, the foregoing Advisory Letter was served on the following by electronic mail:

Wes Hendrix
Assistant United States Attorney
Chief, Appellate Division
Wes.Hendrix@usdoj.gov

/s/ Kelley Conaty___
Kelley Conaty