UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL | § | |
| | § | |
| Movant, | § | |
| | § | |
| V. | § | Civil No. 4:19-CV-258-Y |
| | § | [Criminal No. 4:94-CR-121-Y] |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Respondent, | § | |

ORDER DIRECTING RESPONSE BY THE GOVERNMENT

The matters before the Court are the applications for admission to appear *pro hac vice* filed by Movant's current counsel; Movant's successive motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255; and Movant's motion to hold this cause in abeyance pending movant's efforts to seek authorization from the United States Court of Appeals for the Fifth Circuit for the filing of a successive motion to vacate his sentence, all filed March 28, 2019.

The Court will grant the Movant's attorneys' requests to appear *pro hac vice* and, out of an abundance of caution, direct the government to file a response to Movant's motion seeking to hold this cause in abeyance or, alternatively, to transfer this successive motion to vacate to the Fifth Circuit. At present, however, it is unnecessary for the government to file a response on the merits to Movant's successive motion to vacate.

Accordingly, it is hereby ORDERED that:

1.     On or before thirty days from the date of this order, Respondent shall file and serve on Movant's counsel of record any response the government wishes this Court to consider in ruling

1

on Movant's motions to either hold this cause in abeyance or, alternatively, transfer this cause to the Fifth Circuit (ECF no. 4).

2.      The motion for leave to appear *pro hac vice* on behalf of Movant filed by attorney Robert N. Hochman (ECF no. 5) is **GRANTED** as set forth below.

3.      The motion for leave to appear *pro hac vice* on behalf of Movant filed by attorney Benjamin Gilling (ECF no. 6) is **GRANTED** as set forth below.

4.      Both attorneys Hochman and Gilling shall familiarize themselves and fully comply with this Court's local rules, including registering as ECF users if they have not already done so.

5.      The Clerk shall deposit each of their admission fees into the non-appropriated fund of the Court.

6.      On or before fourteen days after the date Respondent files its response to Movant's motion to hold this cause in abeyance or transfer to the Fifth Circuit, Movant may file and serve on Respondent's counsel of record any reply he wishes to make to the Respondent's response.

It is so ORDERED this 2nd day of May, 2019.

_Terry R. Means_

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2