IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORLANDO CORDIA HALL,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

No. 4:19-CV-258-Y
   4:94-CR-121-Y

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The government respectfully requests a 14-day extension—to June 17, 2019—to file its response to Hall's motion to stay or transfer his successive 28 U.S.C. § 2255 motion.

The extension is requested due to the undersigned's workload.  Counsel is working diligently on this matter as well as the rest of his caseload.  Since having been ordered to respond to Hall's motion to stay, I have filed Section 2255 responses in *Rodriguez v. United States*, 4:18-CV-876-O (N.D. Tex.) and *Johnson v. United States*, 4:19-CV-051-O (N.D. Tex.).  I have also devoted a substantial amount of time preparing the government's response in *Schenck v. United States*, 4:19-CV-229-A and the government's brief in *Risovi v. United States*, No. 18-10377 (5th Cir.), which is due June 7, 2019.  Finally, in the next two weeks, I have two more habeas responses due.

This extension is not sought for purposes of delay.  The government requests that its deadline to file a response be extended to June 17, 2019.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that I sent an email to Hall's counsel, Kelley Conaty, on May 31, 2019 asking whether Hall is opposed to this motion. I received no response.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on June 2, 2019, I filed this notice with the clerk of court for the U.S. District Court, Northern District of Texas through the electronic filing system which will serve counsel for Hall, Kelley Conaty.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney