UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | Civil No. 4:19-CV-258-Y |
| | § | [Criminal No. 4:94-CR-121-Y] |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent, | § | |

ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSTION OF TIME

The matter before the Court is the government's motion (doc. 10) requesting a 14-day extension on the deadline for responding to Movant's motion to stay or transfer (doc. 4), which this Court originally directed be filed by June 3, 2019 (doc. 8).

The government's requested extension is for a reasonable duration, is supported by legitimate workload concerns, and does not appear to be submitted for dilatory purposes.  While the Court questions whether the government fully complied with the spirit of this Court's local rule requiring a certificate of conference,[1] the short duration of the requested extension and the absence of any compelling circumstances warranting immediate action on Movant's motion to stay or transfer militate in favor of granting the government's motion.  Movant is not facing an imminent execution date.  The duration of the requested extension is reasonable and appears directly related to the work load of counsel of record.  Under such circumstances, the requested

---

[1] The government's motion for extension of time indicates that it contacted Movant's counsel on Friday, May 31, 2019, received no reply, and then filed the present motion for extension of time on Sunday, June 2, 2019.

extension of time will be granted.  In all other respects, the deadlines set forth in this Court's order issued May 2, 2019 (doc.  8), will remain in full force and effect.

Accordingly:

1.    The government's motion for extension of time, filed June 2, 2019 (doc. 10), is **GRANTED**.

2.    On or before June 17, 2019, Respondent shall file and serve on Movant's counsel of record any response the government wishes this Court to consider in ruling on Movant's motions to either hold this cause in abeyance or, alternatively, transfer this cause to the United States Court of Appeals for the Fifth Circuit (doc.  4).

SIGNED this <u>4th</u> day of June, 2019.

_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE