IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORLANDO CORDIA HALL,
　　　　　Petitioner,

v.

UNITED STATES OF AMERICA,
　　　　　Respondent.

No.　4:19-CV-258-Y
　　　4:94-CR-121-Y

## **GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME**

The government respectfully requests a one-day extension—to June 18, 2019—to file its response to Hall's motion to stay or transfer his successive 28 U.S.C. § 2255 motion.

While counsel finalized the government's response in this case, shots were fired outside the federal building.  The event caused employees in the building to shelter in place in internal spaces.  Law enforcement officers responded immediately, and employees within the building remained sheltered while officers cleared the area of potential threats.  Due to the unexpected interruption, counsel requests a one-day extension to file its response.

This extension is not sought for purposes of delay.  The government requests that its deadline to file a response be extended to June 18, 2019.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that, on June 17, 2019, our office conferred with Benjamin Gillig, Hall's counsel, and he is unopposed to this motion.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on June 17, 2019, I filed this motion with the clerk of court for the

U.S. District Court, Northern District of Texas through the electronic filing system which

will serve counsel for Hall, Kelley Conaty.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney