**RECEIVED**
**By TamaraEllis at 9:38 am, Aug 01, 2019**

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 23, 2019                          4:19-CV-258-Y

Mr. Benjamin Gillig
Sidley Austin, L.L.P.
1 S. Dearborn Street
Chicago, IL 60603

Mr. Robert Nathan Hochman
Sidley Austin, L.L.P.
1 S. Dearborn Street
Chicago, IL 60603

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Ms. Marcia Adele Widder
303 Elizabeth Street, N.E.
Atlanta, GA 30307

      No. 19-10345   In re: Orlando Hall

Dear Mr. Gillig, Mr. Hochman, Mr. Owen, and Ms. Widder,

The district court transferred the movant's second or successive
28 U.S.C. § 2255 motion to this court to determine whether to allow
successive action. Please use the above case number on all filings.


                              Sincerely,

                              LYLE W. CAYCE, Clerk


                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc:  Mr. James Wesley Hendrix