# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

ORLANDO CORDIA HALL,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

Civil Action No.  4:19-CV-258-Y
(Criminal Case No. 4:94-CR-121-Y)

**CAPITAL CASE**

## NOTICE OF APPEARANCE

Petitioner hereby notifies the Court that Robert S. Velevis of Sidley Austin LLP, 2021 McKinney Avenue, Suite 2000, Dallas, Texas 75201, makes a formal entry of appearance in the above-styled and numbered cause as counsel for Petitioner Orlando Cordia Hall. The undersigned counsel requests a copy of all pleadings, correspondence and orders be sent to him.

Date:  December 16, 2019

By:*/s/ Robert S. Velevis*
    Robert S. Velevis
    SIDLEY AUSTIN LLP
    Texas Bar No. 24047032
    2021 McKinney Ave #2000
    Dallas, TX 75201
    Tel.: 214-981-3300
    Fax: 214-981-3400
    rvelevis@sidley.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of December 2019, a copy of the foregoing was served via the CM/ECF electronic filing system.

*/s/ Robert S. Velevis*
Robert S. Velevis