**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | Civil Action No.  4:19-CV-258-Y |
| Movant, | ) | (Criminal Case No. 4:94-CR-121-Y) |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO WITHDRAW APPEARANCE**

Kelley A. Conaty hereby moves to withdraw her appearance for Petitioner Orlando

Cordia Hall as she is leaving Sidley Austin LLP.  Mr. Hall continues to be represented by Robert

Hochman, Robert Velevis, and Benjamin Gillig of the law firm Sidley Austin LLP.  Therefore,

Mr. Hall's representation will not be prejudiced.

Dated: December 13, 2019                    Respectfully submitted,


By:      /s/ Kelley A. Conaty

Kelley A. Conaty
SIDLEY AUSTIN LLP
Texas Bar No. 24040716
2021 McKinney Ave #2000
Dallas, TX 75201
Tel.: (214) 981-3300
Fax: (214) 981-3400
kconaty@sidley.com

*Attorney for Orlando Cordia Hall*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 16, 2019, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all ECF-registered counsel of record via email generated by

the Court's ECF system.


/s/ Benjamin Gillig____