**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | Civil Action No.  4:19-CV-258-Y |
| Movant, | ) | (Criminal Case No. 4:94-CR-121-Y) |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

The Motion to Withdraw the Appearance of Kelley A. Conaty is **GRANTED**.

Dated: _____, 2019              SO ORDERED.

_____

1