UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | Civil No. 4:19-CV-258-Y |
| | § | [Criminal No. 4:94-CR-121-Y(2)] |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent, | § | |

ORDER

The matter before the Court is the motion to withdraw filed December 16, 2019 (ECF no. 18) on behalf of attorney Kelley A. Conaty.  No party has filed an opposition to the motion.

Attorney Conaty's motion to withdraw is **GRANTED**.  Attorney Conaty is excused from any further responsibilities in this action.

SIGNED February 5, 2020.

_Terry R. Means_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE