ORIGINAL
CTJ
4:19-CV-258-Y
4:94-CR-121-Y

Case: 19-10345     Document: 00515621472     Page: 1     Date Filed: 10/30/2020
Case 4:19-cv-00258-Y   Document 20   Filed 10/30/20   Page 1 of 1   PageID 110

**RECEIVED**
**By TamaraEllis at 4:14 pm, Oct 30, 2020**

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

     No. 19-10345    In re: Orlando Hall


Dear Ms. Mitchell,

Enclosed is a certified copy of the opinion issued as the mandate.


                                        Sincerely,

                                        LYLE W. CAYCE, Clerk


                                        By: _____
                                        Charles B. Whitney, Deputy Clerk
                                        504-310-7679

Enclosure(s)

cc:
    Mr. Jonathan Glen Bradshaw
    Mr. Benjamin Gillig
    Mr. Robert Nathan Hochman
    Mr. Jonathan F. Mitchell
    Mr. Robert Charles Owen
    Ms. Leigha Amy Simonton
    Ms. Marcia Adele Widder