ORIGINAL

CTJ

4:19-CV-258-Y

4:94-CR-121-Y

Case: 19-10345    Document: 00515621668    Page: 1    Date Filed: 10/30/2020

Case 4:19-cv-00258-Y    Document 22    Filed 11/02/20    Page 1 of 1    PageID 111

**RECEIVED**

**By TamaraEllis at 10:01 am, Nov 02, 2020**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-10345   In re: Orlando Hall

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

Mr. Jonathan Glen Bradshaw
Mr. Benjamin Gillig
Mr. Robert Nathan Hochman
Mr. Jonathan F. Mitchell
Ms. Karen S. Mitchell
Mr. Robert Charles Owen
Ms. Leigha Amy Simonton
Ms. Marcia Adele Widder